UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY DANTAS,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; through its agents, servants and employees or agents, servants and employees of its agency; UNITED STATES POSTAL SERVICE;<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

### JURISDICTION & VENUE

1. This action is brought pursuant to the Federal Torts Claims Act (FTCA) 28 U.S.C. §§ 1346(b), 2671 *et. seq.* against the defendant United States of America through its agents, servants, and employees of its agency, the United States Postal Service (USPS), an agency of the United States of America, which vests subject matter jurisdiction of Federal Tort Claims litigation in the Federal District Court.

2. The venue is proper in the District of Massachusetts pursuant to 28 U.S.C. §§ 1391(b)(1) and/or 1391(b)(2) as well as 28 U.S.C. §1391(e)(1) because the United States of America through its agents, servants, and employees of its agency the USPS, an agency of the United States of America, is the defendant.

### NATURE OF THE ACTION

3. This is a negligence action arising from injuries sustained by Stacey Dantas on or about January 30, 2021, in Reading, Commonwealth of Massachusetts. Ms. Dantas was an operator of a motor vehicle traveling on West Street when she was struck by a vehicle owned, controlled, and operated by the USPS.

1

## PARTIES

4. Plaintiff Stacey Dantas is an individual residing at 20 Tracey Street, Apartment 1, Peabody, Massachusetts.

5. At all relevant times, the defendant is the United States of America, through its agents, servants, and employees of its agency, the USPS, an agency of the United States of America.

## STATUTORY BASIS OF LIABILITY AGAINST THE USPS

6. This case is brought against the United States pursuant to 28 U.S.C. §2671 *et seq.*, commonly referred to as the Federal Tort Claims Act. The plaintiff asserts tort liability claims against the United States as set forth in 28 U.S.C. § 2674 *et seq.* because the personal injuries and damages that form the basis of this complaint were proximately caused by the negligent acts and/or omissions of its employee Corey Marsden, an employee of the United States of America through its agency, the USPS.

7. At all relevant times, the defendant's employee Corey Marsden was acting within the course and scope of her office or employment under circumstances where the USPS, if a private person, would be liable to the plaintiff in the same manner and extent as a private individual under the laws of the Commonwealth of Massachusetts.

8. The motor vehicle accident caused by the defendant's employee Corey Marsden occurred on January 30, 2021.

9. Pursuant to 28 U.S.C. §2401(b), the plaintiff's claim for the sum certain amount of $50,000,000.00 was timely presented to the USPS, an agency of the defendant United States of American, about August 30, 2021. *See,* Notice of Claims Standard Form attached hereto as Exhibit "A".

10. On or about September 21, 2021, the USPS law department acknowledged receipt of

the claim notice sent on behalf of Stacey Dantas. *See*, USPS's Response Letter hereto as Exhibit "B".

11.     More than six months have elapsed since the plaintiff presented a notice of her claim in accordance with 28 U.S.C. 2401, §(b) on August 30, 2021. The USPS has failed to respond to plaintiff's presentment.

## FACTS

12.     The accident occurred on January 30, 2021, at approximately 9:10 a.m.; Corey Marsden, acting in her capacity as a postal driver for the USPS, was operating a USPS-owned motor vehicle in an easterly direction on West Street in Reading, Massachusetts.

13.     On January 30, 2021, at approximately 9:10 a.m., the postal motor vehicle being operated by Marsden struck the motor vehicle operated by the plaintiff.

14.     The postal motor vehicle failed to yield to the plaintiff's vehicle.

15.     As a result of the motor vehicle accident, the plaintiff suffered serious bodily injuries.

16.     The motor vehicle accident was caused by the failure of Marsden to use reasonable care in the operation of the USPS motor vehicle operated by her on January 30, 2021, at approximately 9:10 a.m.

17.     Plaintiff suffered severe injuries including but not limited to a fractured leg that has resulted in Complex Regional Pain Syndrome (CRPS).

## COUNT I – NEGLIGENCE

18.     Plaintiff repeats the allegations contained in paragraphs 1–15 hereinabove.

19.     At all relevant times, Corey Marsden, acting in her capacity as a USPS employee, owed a duty to the plaintiff to exercise reasonable care while operating the USPS motor vehicle.

20.     Marsden, while acting within the scope of her employment as a postal driver

employee for the USPS, breached her duty to the plaintiff to use reasonable care and did operate the USPS motor vehicle negligently.

21. As a direct and proximate result of Marsden's negligence, Stacey Dantas did suffer and will continue to serious permanent injuries and disabilities, has suffered and will continue to suffer a loss of income and earning capacity, and has incurred and will continue to incur medical bills and expenses.

WHEREFORE, the plaintiff hereby demands judgment against the defendant USPS in an amount that will fairly, reasonably, and adequately compensate her for past and future physical and emotional pain and suffering; for past and future medical bills; for past and future lost earnings and/or lost earning capacity; for disruption in her daily activities and diminished quality of life; the loss of her enjoyment of life; and for her past and future loss of function, impairment, and/or disability; plus interests, costs, and attorney fees and such other relief as this court may deem just and proper.

Respectfully Submitted,

The Plaintiff Stacey Dantas.
By her Attorney

/s/ Matthieu J. Parenteau
Matthieu J. Parenteau
B.B.O. # 679941
J. Tucker Merrigan
B.B.O. # 681627
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL
Boston, MA 02210
Tel.: (617) 391-9001
Fax: (617) 357-9001
Matthieu@SweeneyMerrigan.com